**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE**

IN RE

**THOMAS CHRISTOPHER IRVINE**                    CASE NO.: 18-01131
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-3687                                   **CHAPTER 13**

**ERICA FELICIA IRVINE**
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-9067                                   JUDGE HARRISON

_____

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: MAY 20, 2019**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: MAY 29, 2019 AT 8:30 AM**
**IN COURTROOM 1, 2ND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TN 37203_**

**NOTICE OF MOTION TO VOLUNTARILY DISMISS DEBTOR'S CHAPTER 13 CASE**

The debtor is providing notice of the following: Notice of Motion to Voluntarily Dismiss Debtors Chapter 13 case.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the debtor's plan terms to change, or if you want the court to consider your views on the proposed change, then on or before MAY 20, 2019 you or your attorney must:
1.        File with the court your written response or objection explaining your position at: **PLEASE NOTE THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: http://ecf.tnmb.uscourts.gov**

2.        **Your response must state that the deadline for filing responses is May 20, 2019**
**, the date of the scheduled hearing May 29, 2019 and the notice to which you are responding is the Debtor's NOTICE OF**
        **MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE.**
3.        You must also mail a copy of your response to:
        **Law Office of Adrienne N. Trammell,** 7009 Lenox Village Dr, Suite 103., Nashville, TN 37211
        Chapter 13 Trustee – Henry Hildebrand, P.O. Box 340019, Nashville, TN 37203.
        US Trustee, Beth Derrick, 318 Customs House, 701 Broadway, Nashville, TN 37203

        If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

        If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the notice and may enter an order granting the Motion to Voluntarily Dismiss as requested.

Date: **4-29-2019**                              Signature: /s/ Adrienne Nicole Trammell-Love
                                         ADRIENNE NICOLE TRAMMELL-LOVE  #24759
                                                 7009 Lenox Village DR.
                                                 Suite 103
                                                 Nashville, TN 37211
                                                 (615) 243-7979
                                                 (615) 246-4186 f
                                                 adrienne@tramlovelaw.com
                                                 Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE


IN RE


**THOMAS CHRISTOPHER IRVINE**                     CASE NO.: 18-01131
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-3687                                      CHAPTER 13

**ERICA FELICIA IRVINE**
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-9067                                      JUDGE HARRISON

---

### MOTION TO VOLUNTARILY DISMISS DEBTORS CHAPTER 13 CASE

**COMES NOW**, the Debtor, by and through counsel, and would request that the Court enter an order allowing the Debtor to voluntarily dismiss her Chapter 13 case.  As grounds Debtor would state as follows:

1.    Debtor cannot afford to comply with the payment requirements of her Chapter 13 Plan; and
2.    Debtor does not seek to convert her case to a Chapter 7.


**WHEREFORE**, premises considered, the debtor moves for an order to allow the voluntary dismissal of this Chapter 13 case.


Respectfully submitted,


/s/ Adrienne N. Trammell-Love
Adrienne N. Trammell-Love #024759
Attorney At Law
7009 Lenox Village DR.
Suite103
Nashville, TN 37217
Phone:  (615) 243-7979
Fax:  (615) 246-4186
Email:  adrienne@tramlovelaw.com

**DRAFT ORDER**
**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE**

IN RE

**THOMAS CHRISTOPHER IRVINE**                     CASE NO.: 18-01131
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-3687                                    CHAPTER 13

**ERICA FELICIA IRVINE**
1184 SAINT ANDREWS DRIVE
Murfreesboro, TN 37128
SSN / ITIN: xxx-xx-9067                                   JUDGE HARRISON

---

**ORDER GRANTING DEBTOR'S**
**MOTION TO VOLUNTARILY DISMISS**


       Upon consideration of the Motion to Voluntarily Dismiss the case, filed herein on April 29, 2019; and the twenty-one

(21) days having passed within which to file an objection; it is

       **IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the case is hereby dismissed.

       IT IS SO ORDERED.

                                               **THIS ORDER HAS BEEN ELECTRONICALLY**
                                     **SIGNED, THE JUDGE'S SIGNATURE AND COURT'S SEAL**
                                     **APPEAR AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:


/s/ Adrienne N. Trammell-Love
Adrienne N. Trammell-Love #024759
Attorney At Law
7009 Lenox Village DR.
Suite 103
Nashville, TN 37217
Phone:  (615) 243-7979
Fax:  (615) 246-4186
Email:  adrienne@tramlovelaw.com